IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MATTIE GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-950-WKW |
| | ) | [WO] |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On April 15, 2019, the Magistrate Judge filed a Recommendation (Doc. # 7) that this case be dismissed prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff timely filed objections to the Recommendation. (Doc. # 8.) After an independent and *de novo* review of the record and the portions of the Recommendation to which objection was made, the court finds that the Recommendation is due to be adopted, and this case dismissed without prejudice.

It is ORDERED:

(1) The Magistrate Judge's Recommendation (Doc. # 7) is ADOPTED.

(2) Plaintiff's objections (Doc. # 8) are OVERRULED.

(3) This case is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B).

(4) Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED

AS MOOT.

A separate final judgment will be entered.

DONE this 30th day of April, 2019.

                                                /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE